**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sara Amos and Aaron Burgess, Defendants,

Of whom Sara Amos is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000732

———————————

Appeal From Sumter County
Ernest J. Jarrett, Family Court Judge

———————————

Unpublished Opinion No. 2021-UP-450
Submitted December 9, 2021 – Filed December 16, 2021

———————————

**AFFIRMED**

———————————

Heather Vry Scalzo, of Byford & Scalzo, LLC, of
Greenville, for Appellant.

Steve Bernard Suchomski, of South Carolina Department
of Social Services, of Sumter, for Respondent.

Edgar R. Donnald, Jr., of Sumter; and John Stephen Keffer, of Young, Keffer & Donnald, PA, of Sumter, both for the Guardian ad Litem.

--------

**PER CURIAM:**  Sara Amos appeals from the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Amos's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and WILLIAMS and MCDONALD, JJ., concur.**

--------

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.